UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, | CASE NO. C26-0729-KKE |
| Plaintiff(s), | ORDER TO FILE A STATUS UPDATE |
| v. | |
| UNITED STATES DEPARTMENT OF ENERGY, | |
| Defendant(s). | |

The Court has reviewed the parties' joint status report, which indicates that the parties anticipate that this case will be resolved via cross-motions for summary judgment (in lieu of a standard civil case schedule). Dkt. No. 17. The parties are currently working to determine whether all or some of this case can be resolved without judicial intervention, and request that the Court allow them more time to negotiate before setting a summary judgment briefing schedule. *Id*.

Accordingly, the Court ORDERS that no later than July 6, 2026, the parties shall file a status update regarding efforts toward resolution of this litigation and/or any anticipated motions practice.

Dated this 30th day of June, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO FILE A STATUS UPDATE - 1