UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, | CASE NO. C26-0729-KKE |
| Plaintiff(s), | ORDER TO FILE A STATUS UPDATE |
| v. | |
| UNITED STATES DEPARTMENT OF ENERGY, | |
| Defendant(s). | |

The Court has reviewed the parties' joint status report, which requests that the Court allow them more time to negotiate before setting a summary judgment briefing schedule. Dkt. No. 19. Accordingly, the Court ORDERS that no later than August 21, 2026, the parties shall file a status update regarding efforts toward resolution of this litigation and/or any anticipated motions practice.

Dated this 7th day of July, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO FILE A STATUS UPDATE - 1