UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff(s),<br>v.<br><br>UNITED STATES DEPARTMENT OF ENERGY,<br><br>Defendant(s). | CASE NO. C26-0729-KKE<br><br>ORDER TO FILE A STATUS UPDATE |

The Court has reviewed the parties' joint status report, which requests that the Court allow them more time to negotiate before setting a summary judgment briefing schedule. Dkt. No. 23. Accordingly, the Court ORDERS that no later than December 11, 2026, the parties shall file a status update regarding efforts toward resolution of this litigation and/or any anticipated motions practice.

Dated this 24th day of August, 2026.

Kymberly K. Evanson
United States District Judge